DEBRA M. AMENS, ESQ.
Amens Law, Ltd.
Nevada Bar No. 12681
P.O. Box 488, Battle Mountain, NV 89820
T: 775-235-2222 F: 775-635-9146
Email: debra@amenslawfirm.com

*The Undersigned hereby affirms this document does not contain a social security number.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MAX SNYDER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ADAM LISK, an individual, and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. cv 3:18-CV-588 <br><br><br> SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

DEBRA M. AMENS, Esq., and the law firm of Amens Law, Ltd., Counsel for Plaintiff, RAYMOND MAX SNYDER, in the above-referenced action, does hereby consent to the substitution of AARON BUSHUR, Esq., and the law firm of Aaron Bushur Law, in the above-entitled action. Aaron Bushur Law current address and phone number is as follows: 316 California Ave Suite 256 Reno, NV 89509; (775) 219-4222.

DATED: this 23rd of April, 2019.

_____
DEBRA M. AMENS, NBN 12681

///

- 1 -

///

I, RAYMOND MAX SNYDER., Plaintiff herein, consents and requests this substitution.

DATED: this 23 of April, 2019.

_____
RAYMOND MAX SNYDER

I, AARON BUSHER, Esq. hereby accept and agree to act as attorney of record in the above-entitled action.

DATED: this 30TH of April, 2019.

_____
AARON BUSHER, Esq.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 5/6/2019

### CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on the __2nd__ day of ~~April~~ May 2019, I served or caused to be served a true and correct copy of the preceding document entitled *Substitution of Attorney* by delivering a true and correct copy of the same by fax and in a sealed envelope, properly addressed via first class mail, with postage thereon fully prepaid, to the following:

ADAM LISK
6263 Ingleside Drive
Wilmington, NC 28409

~~HEATHER ANDERSEN~~
AARON BUSHUE, ESQ.

- 3 -